**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | | |
|---|---|---|
| **DENNIS KOLASA** individually and on behalf of all others similarly situated, | § § § § | Docket No. 2:17-cv-1087-NBF/ MPK |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| **BOS SOLUTIONS, INC.** | § § | COLLECTIVE ACTION |
| Defendant. | § § § | PURSUANT TO 29 U.S.C. § 216(b) |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT

Having considered the Plaintiffs' Unopposed Motion to Approve Collective Action Settlement (Docket No. 121), the settlement agreement, Plaintiffs' supplemental documents and billing records, and after hearing and oral argument, the Court is of the opinion that it should be GRANTED.

It is therefore ORDERED that the Parties' Settlement Agreement is APPROVED.

It is further ORDERED that this case and all claims asserted in this case by all Plaintiffs and Opt-in Plaintiffs are conditionally DISMISSED, pending completion of the funding of the settlement. After funding is complete, the Parties are ORDERED to file NOTICE with a PROPOSED FINAL JUDGMENT.

February 6, 2019
Date

/s Nora Barry Fischer
United States District Judge
Nora Barry Fischer