# EXHIBIT A

| Last Name | First Name |
| --- | --- |
| Adams | Zach |
| Aguour | Houcine |
| Aikens | Jon |
| Allmon | Mike |
| Ardoin | Wade |
| Ball | Ryan |
| Bellow | Ryan |
| Benoit | Mickey |
| Berryman | Chris |
| Bickel | Andrew |
| Bicknell | Cory |
| Brady | Charles |
| Broussard | Cody |
| Brown | Cameron |
| Carman | Steve |
| Carnley | Michael |
| Carr | David |
| Castillo | Joaquin |
| Cerda | Daniel |
| Christy | Tonie |
| Clark | Joseph |
| Cole | James |
| Cramer | Casey |
| Croisant | Michael |
| David | Elliot |
| Driskell | Troy |
| Dunker | Harold |
| Eck | Jordan |
| Eck | Nathan |
| Fink | Brandon |
| Fontenot | Carol |
| Franklin | Anthony |
| Harned | Mark |
| Harrison | Matthew |
| Hayden | Arthur |
| Hayden | Lucas |
| Hebert | Norman |
| Huston | Brian |
| Jarrel | Jason |
| Kamats | Brandon |
| Klumpp | Corey |
| Kolasa | Dennis |
| Looney | Andrew |
| Looney | Jacob |
| Max | Kevin |

| | |
|---|---|
| McCormick | Charles |
| Monroe | Robert |
| Moore | Larry |
| Mosley | Matthew |
| Moss | Jason |
| Muffler | Jordan |
| Nordyke | Stephen |
| Openbrier | Nick |
| Outlaw | Brian |
| Perlman | Justin |
| Presley | Jon |
| Quiroz | Alfredo |
| Randell | Bobby |
| Rhodes | Dustin |
| Rodriguez | Michael |
| Roebuck | Dwayne |
| Roy | Justin |
| Ruberto | David |
| Russell | Stephen |
| Sanchez | Joshua |
| Sandoval | Javier |
| Scarry | David |
| Shaw | James |
| Singleton | Russell |
| Slater | Bradley |
| Smith | Brandon |
| Smith | Jimmy |
| Springer | Chris |
| Stanton | Daniel |
| Stinger | Colt |
| Sweet | Calvin |
| Trahan | Adam |
| Udell | Shawn |
| Vercammen | Chad |
| Vercammen | Ray |
| Vercammen | Ryan |
| Villenueva | Chris |
| Villers | Mark |
| White | Paul |
| Windley | Farid |
| Wright | Daniel |
| Wright | Paul |
| Ziriax | Robert |